UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL RAMSEY, ) | |
| ) | Case No. 3:21-cv-410 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| BOILERMAKER-BLACKSMITH ) | |
| NATIONAL PENSION TRUST, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**ORDER**

On December 29, 2022, Plaintiff Michael Ramsey filed a motion for leave to appeal *in forma pauperis* (Doc. 61). On January 10, 2023, United States Magistrate Judge Jill E. McCook filed a report and recommendation (Doc. 63), recommending the Court deny Plaintiff's motion.

Plaintiff has not filed objections to Magistrate Judge McCook's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and

---

[1] Magistrate Judge McCook specifically advised Plaintiff that he had 14 days in which to object to the report and recommendation and that failure to do so would waive her right to appeal. (Doc. 63, at 4–5); *see also* Fed. R. Civ. P. 72(b)(2); *Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

recommendation (Doc. 63) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 61) is **DENIED**.

    **SO ORDERED.**

    **/s/** *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**